**FILED**
SEP 20 2013
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

COMPLAINT                                              REFERRAL

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CIVIL    DIVISION

Filed: 05/30/2013

Case: 1:13-cv-01433
Assigned To : Unassigned
Assign. Date : 9/20/2013
Description: Pro Se Gen. Civil

Barack H. Obama

1600 Pennsylvania Avenue

Washington, D.C.

Category In Which Case Belongs:

1.) Counterfeiting IRS Checks

2.) Racketeer Influenced &

Corrupt Organization In

Which Altered IRS Checks Were

Dispensed.

Defendant,

3.) Embezzlement of IRS Checks

a.): Altering 2012 Fiscal Budget

b.): Altering 2012 Presidential Election

Donald White

301 Michigan Street

Pittsburgh, PA 15210

4,) Possession of Uncontrolled Substances

With Intent to Impair Others.

5. Coercive Activity[Hatch Act]

Plaintiff.

Donald White is an adult individual residing at 301 Michigan Street Pittsburgh, PA 15210 and he is to be referred to as your petitioner/plaintiff coupled also with his having been recently awarded an IRS Settlement Disbursement which perhaps has led to the proximate causation s attributable to the charges raised against the defendant. Moreover important is that you realize that your petitioner is to be commonly referred to as the affiant of a hypothetically proposed corporate amalgamation which is perhaps opposed by the defendant.

Barach Obama is an adult individual who conducts business at 1600 Pennsylvania Avenue Washington, D.C. and the charges set forth above superficially describe his disrespect for others than himself and his disrespect for the laws.

REFERRAL: 412/867/0048 Kindly record and thereafter reflect upon the topics that are simultaneously discussed upon by many parties as such are evidentiary proof that wrongs have been committed by the defendant as alleged.

RESPECTFULLY SUBMITTED,

*Donald W White*

1

RECEIVED
Mail Room

AUG 12 2013

Angela D. Caesar, Clerk of Court
U.S. District Court, District of C...

Re: Federal Bureau of Investigation
   Office of Complaints
   J.Edgar Hoover Building
   935 Pennsylvania Avenue, N.W.
   Washington, D.C. 20535-0001

Cc: Central Intelligence Agency
   Office of Complaints
   Washington, D.C. 20505

05/28/2013

DEAR GENTLEMEN:

   It is long o'er due on our behalf to painstakingly endeavor to not fail to appreciate your unusual willingness to scrutinize the Complaints alleged in and upon previous and also this contemporary submission respectfully submitted to your judicious attention in lieu of the multiple parties that are alleged to have committed hideous crimes and thereupon conduce themselves in the same behavioral pattern seemingly disinterested in the consequences that will inevitably confront them should your investigatory offices concur with our opinions.
   If practical, kindly promulgate concerted allowance to permit my addressing this brief missive as bi-foldedly languaged as jointly and severally characterized to the attention of the Complaints Office(s) of the FBI and CIA as issues of fact and law pertain to the following:

COMPLAINT REFERRAL FORM
INTERNET CRIME COMPLAINT CENTER

ALLEGED COMPLAINTS:                                CO-CONSPIRATORS:

1.) EXTORTION                                              .................................
2.) Theft of IRS Disbursement Checks via technology        .................................
3.) Bribes, Kickbacks, and Gratuities                      .................................
4.) Transporting Females Over State Borders                .................................
5.) Impersonation[note; Please distinguish x from y]       .................................
6.) Organized Crime and Illegal Business Entity            .................................
7.) Executive Office's Coercive Activity[Hatch Act]        .................................
8.) Executive Office's Party to Un-controlled substances...→ *CELLULOSE, ETC, HARMFUL*

  Please be advised that the persons alleged to have victimized me have been voluntarily omitted upon this particular submission. It is important that I realize

that justice will not been rendered in a hasty manner, yet please contemplate the agreeability of your possibly not objecting to an un-aversively entered request set forth below:

REMITTANCE: Evidentiary proof rests upon and with your willingness to closely scrutinize the conversations that take place upon my cell phone number 412-867-0048 and your review of these recordable conversations may facilitate the deliberate process of incrimination. Moreover important some of the participants party to these on-going telephone conversations are able to assimilate the voices of parties not charged with the crimes listed above.

RESPECTFULLY SUBMITTED,

*Donald White* (signature)

Donald White
301 Michigan Street
Pittsburgh, PA 15210        412-867-0048

Question: How can cell phone # 412-867-0048 be regarded as such a devise that enables parties located throughout the country to speak simultaneously?

Answer: In short, cell phone # 412-867-0048 operates in congruity with another instrument placed inside my mouth and/or body and is fragmentary in substance and was installed previously for the purpose of my being able to communicate with an employer and unfortunately has evolved to be referred to as the most complicative factor I have experienced.

QUARREL OF DEBATE: DO WE CHOOSE TO DEBATE THE VALIDITY OF WHETHER OR NOT UN-CONTROLLED SUBSTANCES CAN BE TRANSMITTED VIA TECHNOLOGY OR RATHER DO WE CONCERN OURSELVES WITH THE WELL-BEING OF THOSE VICTIMIZED?