UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Donald White, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. *13-1433 UNA* |
| | ) |
| Barack H. Obama, | ) |
| | ) |
| Defendant. | ) |
| | ) |

MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application
to proceed *in forma pauperis*. The application will be granted and the case will be dismissed
pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) (requiring dismissal of a case upon a determination that
the complaint is frivolous).

Plaintiff, a resident of Pittsburgh, Pennsylvania, sues President Barack H. Obama. He
alleges that "his having been recently awarded an IRS Settlement Disbursement . . . perhaps has
led to the proximate causations attributable to the charges raised against the defendant." The only
purported charges "superficially describe [defendant's] disrespect for others than himself and his
disrespect for the laws." Compl. at 1. Since the complaint "lacks an arguable basis either in law
or in fact," *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), it will be dismissed. *See Crisafi v.
Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981) ("A court may dismiss as frivolous
complaints . . . postulating events and circumstances of a wholly fanciful kind."). A separate
Order accompanies this Memorandum Opinion.

*Rosemary M. Collyer*
United States District Judge

Date: September _12_, 2013

*N*                                                                 *3*